UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BARKARRI FOSTER,<br>　　　　Plaintiff,<br>　　v.<br>RAMEY, et al.,<br>　　　　Defendants. | Case No. 21-cv-05655-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Michael Barkarrri Foster has not complied with my order to pay the full filing fee by October 10, 2022. (Dkt. No. 13.) Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with my order and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Foster may move to reopen. Any such motion must contain full payment for the $402.00 filing fee, or, if he can no longer pay the filing fee, a new application to proceed *in forma pauperis*. The motion also must have the words MOTION TO REOPEN written on the first page.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** November 28, 2022



WILLIAM H. ORRICK
United States District Judge